IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITD STATES OF AMERICA, )

Plaintiff, )

vs. ) Case No: 91-01L

JOSE ANTONIO DIAZ, )

Defendant, ) /

## MOTION FOR CORRECTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582 (c)(2)

Comes Now Defendant above-named, and files this Title 18 U.S.C. Section 3582 (c)(2) for a correction of sentence pursuant to Amendment 709 of the United States Sentencing Guidelines for consolidation of prior sentences.

On February 15th., 1990 defendant pled guilty in the Superior Court of Lawrence, Massachusetts in case number(s); CR016946, 16947 & 16948 all running concurrent with each other,

On July 17th., 1990, defendant pled guilty in the Superior Court of Lawrence, Massachusetts in case number(s): CR017677A-D, 17679, 17680 & 17681, all cases running concurrently with the case numbers entered on February 15th., 1990.

On February 14th., 1992, Defendant pled guilty the State of Rhode Island in case number(s) P1/90-1264 and P1/901265 both cases running concurrent with each other and concurrent with the case entered into in Lawrence, Massachusetts.

During the Pre-sentencing Insvestigation, the Probation Department broke the sentences down and alloted three (3) points for each case totaling 12 points for these convictions.

Now according to the United States Sentencing Guidelines Amendment 709 all sentencing that were run concurrent are now to be counted as one sentence/conviction.

As it now stands the defendant is entitled to a nine (9) point reduction in his criminal history catagory, and a re-sentence that is consistant with the mandates of Amendment 709.

WHEREFORE, based on the new Amendment 709, defendant prays that this honorable court to reduce his criminal history catagory and resentence him accordingly.

Respectfully submitted

Jose A Diaz

Jose Antonio Diaz
Reg. No. 04772-070
Federal Correctional Complex
U.S. Penitentiary-2
P.O. Box 1034
Coleman, Florida 33521

CERTIFICATE OF SERVICE

I hereby certify that I have this 24 day of February 2008, pleced the foregoing in the U.S. Mail, addressed to the following:

United States District Court
District of Rhode Island
Office of the Clerk
One Exchange Terrace
Providence RI. 02903