UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

USA

VS.

CR NO. 99-91L

JOSE ANTONIO DIAZ

ORDER

The government's response to the Defendant's motion for correction of sentence pursuant to Title 18 U.S.C.§ 3582(c)(2) is due on May 9, 2008.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 4/9/08

BY Order:

Deputy Clerk