UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 99-91 ML

JOSE A. DIAZ

ORDER

This matter is before the Court on Defendant's Motion for Correction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Defendant relies on Amendment 709 to the United States Sentencing Guidelines. As the Government correctly asserts in its opposition, Amendment 709 has not been made retroactively applicable. Defendant's Motion, therefore, must be and it is hereby DENIED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
July 15 , 2008